USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 24, 2021

By ECF
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

OK

Colleen McMahon
9/27/2021

Re:   *Mensch v. United States, et al.*, No. 21 Civ. 6176

Dear Judge McMahon:

This Office represents the United States and the Internal Revenue Service (together, "Defendants") in the above-referenced tax refund action. I write respectfully pursuant to Rule I.D of the Court's Individual Practices and Procedures to request an eleven-day extension of Defendants' time to respond to the complaint in this matter, from September 27, 2021, to October 8, 2021.

This Office is in the midst of evaluating the allegations in Plaintiff's complaint and reviewing Plaintiff's tax records. Due to the press of business in other matters, including an upcoming trial beginning on October 4, 2021, Defendants need the additional time to prepare their response. The requested extension will not affect any other deadlines in this matter. This is Defendants' first request for an extension of its time to answer, and Plaintiff, through her counsel, consents to this request.

I thank the Court for its consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: */s/ Danielle J. Levine*
DANIELLE J. LEVINE
Assistant United States Attorney
Telephone: 212-637-2689
Email: danielle.levine@usdoj.gov

cc:   Counsel of Record