**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 29, 2022

**By ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Extension granted

*[signature]* Colleen McMahon
6/29/2022

Re:   *Mensch v. United States, et al.*, No. 21 Civ. 6176 (CM)

Dear Judge McMahon:

This Office represents the United States of America and the Internal Revenue Service (together, the "Government") in the above-referenced tax refund action brought by plaintiff Louise Mensch.[1] On May 24, 2022, the Court, by the Part I Judge, granted the Government's request to extend the deadline for filing a joint pretrial order and other pretrial submissions by 60 days, *see* Dkt. No. 29—from May 27, 2022, to July 26, 2022—and on June 6, 2022, the Court referred this case to the assigned Magistrate Judge for a settlement conference, *see* Dkt. Nos. 30, 31. On June 15, 2022, Magistrate Judge Wang issued a scheduling order scheduling a pre-settlement conference scheduling call for July 28, 2022—two days after the deadline for filing a joint pretrial order and other pretrial materials. *See* Dkt. No. 32.

I write respectfully to request that the deadline for filing a joint pretrial order and other pretrial materials be extended by an additional 60 days, from July 26, 2022, to September 26, 2022. The requested extension would allow the parties additional time to attempt to reach resolution of this action without further litigation.

This is the Government's third request for an extension of a deadline in the Case Management Plan. The Court granted both prior requests. All other deadlines in the Case Management Plan remain unchanged. All parties to this action consent to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

---

[1] The only proper defendant in this action is the United States of America. *See* 26 U.S.C. § 7422(f)(1).

By: /s/ *Alyssa B. O'Gallagher*
ALYSSA B. O'GALLAGHER
Assistant United States Attorney
Telephone: (212) 637-2822
Email: alyssa.o'gallagher@usdoj.gov

cc:    Counsel of Record (by ECF)