UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOUISE MENSCH,

          Plaintiff,

          -against-

UNITED STATES OF AMERICA, et al.,

          Defendants.

------------------------------------------------------------x

21-CV-6176 (CM) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Counsel for Plaintiff and Counsel for Third Party Defendant are directed to file a joint letter by **September 16, 2022** proposing three dates for a pre-settlement conference after reading my individual rules at https://www.nysd.uscourts.gov/hon-ona-t-wang.

**SO ORDERED.**

          *s/ Ona T. Wang*

Dated: September 13, 2022      **Ona T. Wang**
       New York, New York     United States Magistrate Judge